# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00809-CV

**David Chestnut, Appellant**

**v.**

**JRSW1, Ltd, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY, NO. C-1-CV-11-009527, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

David Chestnut has failed to prosecute his appeal. Appellant's brief was due June 4, 2012. On July 30, 2012, this Court's clerk sent Chestnut a notice informing him that his brief was overdue and cautioned that his appeal could be dismissed for want of prosecution unless Chestnut filed a response reasonably explaining his failure to file a brief. That response was due by August 9, 2012. Chestnut has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 22, 2012

2